Order issued: September 27, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00868-CV

DAN LOPEZ, Appellant

V.

RS CLARK & ASSOCIATES, INC., Appellee

On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-07834-A

## ORDER

By order dated August 31, 2012, the Court ordered Gary Fitzsimmons, Dallas County District Clerk,

to file within twenty days a supplemental clerk's record containing: (1) the Defendant's Contest to the

Judgment Debtor's Claimed Net Worth; and (2) the trial court's order on the contest signed on July 31, 2012.

As of today's date, we have not received the requested supplemental clerk's record. Accordingly, we again

**ORDER** Gary Fitzsimmons, Dallas County District Court Clerk, to file, **WITHIN SEVEN DAYS OF THE**

**DATE OF THIS ORDER,** a supplemental clerk's record containing the above-mentioned two documents.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Gary

Fitzsimmons and counsel for all parties.

ELIZABETH LANG-MIERS
JUSTICE